ORRIN JOHNSON v. GOLDWYN PICTURES CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROYAL MOTOR BODY Co., INC., v. REO MOTOR CAR COMPANY, INC., OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of CALIFORNIA PACKING CORPORATION, Respondent, for an Order that Arbitration Proceed between Said CALIFORNIA PACKING CORPORATION and ALEXANDER PALESTINE, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREY & SON, INC., Respondent, v. E. R. SHERBURNE COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABIGAIL HANCOCK BISHOP, Appellant, v. MOSES TAYLOR and Others, as Trustees under the Last Will and Testament of HEBER REGINALD BISHOP, Deceased, of the Trust Thereby Created for the Benefit of JAMES C. BISHOP and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., Appellant, v. THE DENMAN-MYERS CORD TIRE COMPANY, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RAULDON K. BABCOCK, Respondent, v. ERNEST F. DUNHAM and Others, as Individuals and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLIFT & GOODRICH, INC., a Corporation, Appellant, v. JACOB KUGELMAN, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SALLY WHITE, Respondent, v. ABRAHAM WHITE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application in the Estate of JACOB APPELL, Deceased, against AMANDA APPELL EVANS, as Executrix and Trustee, etc., for an Order of Joint Control.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of JACOB APPELL, Deceased, AMANDA APPELL and Another, Executors, and for an Order Directing Payment of a Distributive Share. In the Matter of the Judicial Settlement of the Account of Proceedings of AMANDA APPELL, as Executrix, etc., of JACOB APPELL, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.